IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               No. CV 12-0347 JC/SMV
                                                                CR 99-0777 JC

GLENN E. DUGGINS,

    Defendant.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. § 2254 R. 1(b), 4, on Defendant's Petition for Writ of Habeas Corpus Ad Subjiciendum (CV Doc. 1; CR Doc. 531); and the Court having entered an order dismissing the petition,

IT IS THEREFORE ORDERED that JUDGMENT is hereby entered in favor of Plaintiff; Defendant's Petition for Writ of Habeas Corpus Ad Subjiciendum (CV Doc. 1; CR Doc. 531) is DISMISSED for lack of jurisdiction; and this civil proceeding is DISMISSED.

                                                                  */s/ John Edwards Conway*
                                                    UNITED STATES DISTRICT JUDGE